# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00019-05 |
| v. | (Chief Judge Brann) |
| SHARONDA ROSALIE WALKER, | |
| Defendant. | |

## ORDER

### JANUARY 12, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Walker's 28 U.S.C. § 2255 motion (Doc. 1517) is **DENIED**; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge